# EXHIBIT A



# Notice of Service of Process

**null / ALL**
Transmittal Number: 25865998
Date Processed: 11/09/2022

| | |
|---|---|
| **Primary Contact:** | Jen Majic<br>UNUM<br>1 Fountain Sq<br>Mailstop 7N200<br>Chattanooga, TN 37402-1306 |
| **Electronic copy provided to:** | Janna Thomas<br>Judy Drake |
| **Entity:** | UNUM Group Corporation<br>Entity ID Number  2979581 |
| **Entity Served:** | Unum Group Corporation |
| **Title of Action:** | Jessica Raelinn Farnham vs. Battelle Memorial Institute Inc |
| **Matter Name/ID:** | Jessica Raelinn Farnham vs. Battelle Memorial Institute Inc (13187542) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Madison County Circuit Court, KY |
| **Case/Reference No:** | 22-CI-00484 |
| **Jurisdiction Served:** | Kentucky |
| **Date Served on CSC:** | 11/07/2022 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| Sender Information: | Clark Law Office, Inc.<br>859-219-1280 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com

| | | |
|---|---|---|
| AOC-E-105 Sum Code: CI<br>Rev. 9-14<br>Commonwealth of Kentucky<br>Court of Justice  Courts.ky.gov<br>CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | Case #: **22-CI-00484**<br>Court: **CIRCUIT**<br>County: **MADISON** |

*Plantiff,* **FARNHAM, JESSICA RAELINN VS. BATTELLE MEMORIAL INSTITUTE ET**, *Defendant*

TO: **CORPORATION SERVICE COMPANY**
    **421 WEST MAIN STREET**
    **FRANKFORT, KY 40601**

Memo: Related party is UNUM GROUP CORPORATION

The Commonwealth of Kentucky to Defendant:
**UNUM GROUP CORPORATION**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ David M. Fernandez,
Madison Circuit Clerk
Date: **11/3/2022**

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)
  To: _____

☐ Not Served because: _____

Date: _____, 20____

Served By _____

Title _____

Summons ID: 522931335448068@00001143996
CIRCUIT: 22-CI-00484 Certified Mail
FARNHAM, JESSICA RAELINN VS. BATTELLE MEMORIAL INSTITUTE ET



Page 1 of 1



COMMONWEALTH OF KENTUCKY
MADISON COUNTY CIRCUIT COURT
_____ CIVIL DIVISION
CASE NO.: _____

\*\*Filed Electronically\*\*

JESSICA RAELINN FARNHAM                                PLAINTIFF

V.                              **COMPLAINT**

BATTELLE MEMORIAL INSTITUTE INC.,
UNUM GROUP CORPORATION, And UNUM
LIFE INSURANCE COMPANY OF AMERICA            DEFENDANT

**Serve Battelle Memorial Institute
Via Kentucky Secretary of State:**

Office of the Secretary of State
Summons Branch
700 Capital Ave, Ste. 86
Frankfort, KY 40601

**Battelle Memorial Institute**
Attn.: **Malesa A. Litteral**, Esq.
**505 King Avenue**
Columbus, OH 43201-2693

**Serve Unum Group Corporation
via Certified Mail Through:**

Corporation Service Company
(**Registered Agent** for Unum Group
Corporation)
**421 West Main Street
Frankfort, KY 40601**

**Serve Unum Life Insurance Company
Of America via Kentucky Secretary of
State:**

Office of the Secretary of State
Summons Branch
700 Capital Ave, Ste. 86
Frankfort, KY 40601

1



Unum Life Insurance Company of America
2211 Congress Street
Portland, ME 04122

---

Comes the Plaintiff, by and through counsel, and for her Complaint against the Defendants, Battelle Memorial Institute (hereinafter "Battelle") and Unum Group Corporation and Unum Life Insurance Company of America (collectively, "Unum"), respectfully submits to the Court the following:

1.

This action arises under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. 1001 et seq..

2.

This Court has jurisdiction of this matter pursuant to 29 U.S.C. 1132(e) and KRS 454.210(2)(a)(1). Venue is proper pursuant to KRS 454.210(4) and the amount in controversy is greater than the jurisdictional minimum of this Court.

3.

Plaintiff is a resident of Madison County, Kentucky.

4.

Defendants are foreign corporations doing business in Kentucky and who administered and were the fiduciary for a Group Life Insurance Plan (hereinafter sometimes referred to as "the Plan") which qualifies as an "employee welfare benefit plan" within the meaning of 29 U.S.C. 1002. Said Group Life Insurance Plan was offered as an ERISA covered plan by Defendants.

5.

Plaintiff's spouse became a participant and/or beneficiary of the said Group Life Insurance Plan offered by Defendants while an employee at Battelle

6.

Defendants are the administrators and fiduciaries of the Plan, actual and/or de facto, under ERISA.

COUNT 1

7.

Plaintiff incorporates paragraphs 1 through 6 of this Complaint as though set forth again here in full.

8.

Plaintiff's spouse, Carrie Jude, was employed by Battelle, and enrolled in the Plan for Life Insurance benefits and had "basic life insurance coverage" as well as "supplemental life insurance coverage".

9.

Carrie Jude died on September 27, 2020.

10.

The Plaintiff was named beneficiary of the life insurance; Plaintiff received the benefit amount offered from the basic life insurance coverage but Defendants denied their obligation to pay on the supplemental life insurance coverage on the grounds that Plaintiff's deceased spouse did not perform duties she was obligated to perform under the life insurance plan.

3

11.

Plaintiff's deceased spouse performed all, or substantially all, of her duties under the policy.

12.

Defendants are considered a fiduciary to Plaintiff's deceased spouse and therefore owed her duties which include, but are not limited to, making reasonable efforts to make Plaintiff's deceased spouse aware of certain obligations she had under the supplemental life insurance coverage.

13.

Under the Plan, Defendants should not have denied paying out on the Plaintiff's claim for supplement life insurance benefits.

14.

Plaintiff has taken all of the appeals she is afforded directly with Defendants through the plan and has had her claim for benefits denied at each level.

15.

The denial of Plaintiff's claim for benefits was unsupported by substantial evidence, erroneous as a matter of law, not made in good faith, and in violation of ERISA.

16.

Plaintiff has suffered damages as a result of Defendants' actions complained of herein.

WHEREFORE, Plaintiff prays for the following relief:

1. For trial on all issues so triable;

2. That judgment be entered in Plaintiff's favor and against the Defendants which orders that the Plaintiff be awarded the Supplemental Life Insurance benefit amount of Two Hundred and Six Thousand Dollars ($206,000.00).

3. That Defendants be required to reimburse Plaintiff for reasonable attorney's fees and costs incurred in this action; and

4. Imposition of such other and further penalties against the Defendants as deemed appropriate and/or as may become available through the course of discovery in this matter.

Respectfully Submitted,

*s/ John P. Cornett*
John P. Cornett
CLARK LAW OFFICE, INC.
851 Corporate Drive, Suite 310
Lexington, KY 40503
(p): 859-219-1280
(f): 859-219-0727
ATTORNEY FOR PLAINTIFF

David M. Fernandez, Madison Circuit Clerk
P.O. Box 813, 101 West Main Street
Richmond, KY 40475-0813



**USPS CERTIFIED MAIL**

9236 0901 9403 8394 7900 66

Case Number: 22-CI-00484

Restricted Delivery
CORPORATION SERVICE COMPANY
421 WEST MAIN STREET
FRANKFORT, KY 40601



### KCOJ eFiling Cover Sheet

Case Number: 22-CI-00484
Envelope Number: 5229313
Package Retrieval Number: 522931335448068@00001143996
Service by: Certified Mail
Service Fee: $ 0.00
Postage Fee: $ 14.41

The attached documents were generated via the Kentucky Court of Justice eFiling system. For more information on eFiling, go to http://courts.ky.gov/efiling.

Presiding Judge: HON. BRANDY O. BROWN (625387)

Package : 000001 of 000010

Page 1 of 1            Generated: 11/3/2022 11:03:03 AM



CERTIFIED MAIL

quadient
FIRST-CLASS MAIL
IMI
$013.16
11/03/2022 ZIP 40601
043M31236114
US POSTAGE